MELANIE A. HILL, ESQ.
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
520 S. 7th Street, Suite A
Las Vegas, NV 89101
Tel:    (702) 362-8500
Fax:    (702) 362-8505
Email: Melanie@MelanieHillLaw.com
*Attorney for Plaintiff Jane Doe*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| JANE DOE, an individual, | Case No. 2:19-cv-01664-JCM-VCF |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT [ECF No. 10] AND MOTION TO COMPEL PLAINTIFF TO PROCEED WITH PROPER NAME [ECF No. 9]** |
| NEVADAPURE, LLC, a Nevada limited liability company doing business under the fictitious firm name of SHANGO LAS VEGAS, | |
| Defendant. | **(First Request)** |

Plaintiff Jane Doe and Defendant NevadaPURE, LLC, by and through their respective counsel of record, stipulate and request that the Court extend the deadline for Plaintiff Jane Doe's response to NevadaPURE's Partial Motion to Dismiss Plaintiff's Complaint [ECF No. 10] and Motion to Compel Plaintiff to Proceed with Proper Name [ECF No. 9] from the current deadline of February 28, 2020, up to and including March 30, 2020. In support of this Stipulation to Extend, the parties state as follows:

    1.    Plaintiff Jane Doe was served with the Motion to Dismiss and Motion to Compel in this matter on February 14, 2020, rendering her response to the motions due by February 28, 2020.

2. Counsel for both parties have conferred regarding Plaintiff Jane Doe's request for an extension of time, and Defendant's counsel has indicated she has no objection to this request.

3. This request is being brought in good faith and is not sought for any improper purpose or other purpose of delay. The parties are engaging in settlement negotiations in this matter and the parties are requesting that Plaintiff's response deadlines be extended to allow for these discussions to occur.

WHEREFORE, the parties respectfully request that the Court extend the deadline for Plaintiff Jane Doe to respond to the motions, up to and including March 30, 2020.

DATED this 27th day of February, 2020.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| MELANIE HILL LAW PLLC | KAMER ZUCKER ABBOTT |
| /s/ Melanie Hill | /s/ Jen Sarafina |
| Melanie A. Hill, Esq. (NV Bar No. 8796) | Jen J. Sarafina, Esq. (NV Bar No. 9679) |
| 520 S. 7th Street, Suite A | Nicole A. Martin, Esq. (NV Bar No. 13423) |
| Las Vegas, NV 89101 | 3000 West Charleston Boulevard, Suite 3 |
| Tel.: (702) 362-8500 | Las Vegas, NV 89102 |
| Fax: (702) 362-8505 | Tel: (702) 259-8640 |
| Melanie@MelanieHillLaw.com | Fax: (702) 259-8646 |
| *Attorney for Plaintiff Jane Doe* | *Attorney for Defendant NevadaPURE, LLC* |

IT IS SO ORDERED.

Dated: March 2, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE