# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, | Case No.: 2:19-cv-01664-JCM-VCF |
| Plaintiff(s), | **Order** |
| v. | [Docket Nos. 17, 19] |
| NEVADAPURE, LLC, | |
| Defendant(s). | |

Pending before the Court is a stipulation to continue the ENE session, Docket Nos. 17, 19, which is **GRANTED**. The ENE session is **CONTINUED** to 9:30 a.m. on May 28, 2020. ENE statements must be submitted by 3:00 p.m. on May 21, 2020.

IT IS SO ORDERED.

Dated: March 12, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1