KAMER ZUCKER ABBOTT
Jen J. Sarafina          #9679
Nicole A. Martin         #13423
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
jsarafina@kzalaw.com
nmartin@kzalaw.com

Attorneys for Defendant
NevadaPure, LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NEVADAPURE, LLC, a Nevada limited liability company dba SHANGO LAS VEGAS,<br><br>　　　　　Defendant. | Case No. 2:19-cv-01664-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. The parties are to bear their own attorney's fees and costs, except as otherwise provided.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own attorney's fees and costs, except as otherwise provided.

DATED this 5th day of August, 2021.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| MELANIE HILL LAW PLLC | KAMER ZUCKER ABBOTT |
| /s/ Melanie A. Hill | /s/ Nicole A. Martin |
| Melanie A. Hill   #8796 | Jen J. Sarafina   #9679 |
| 520 S. 7th Street, Suite A | Nicole A. Martin   #13423 |
| Las Vegas, Nevada 89101 | 3000 West Charleston Boulevard, Suite 3 |
| Tel: (702) 362-8500 | Las Vegas, Nevada 89102 |
| Fax: (702) 362-8505 | Tel: (702) 259-8640 |
|  | Fax: (702) 259-8646 |
| Attorney for Plaintiff | Attorneys for Defendant |
| Jane Doe | NevadaPure, LLC |

**IT IS SO ORDERED:**

*[signature]*

**UNITED STATES DISTRICT COURT JUDGE**

DATED: August 6, 2021